1402

## CASE ANNOUNCEMENTS

*April 2, 2013*

[Cite as *04/02/2013 Case Announcements*, 2013-Ohio-1312.]

## MOTION AND PROCEDURAL RULINGS

**2013-0217. Thrifty Propane, Inc. v. Natl. Propane Gas Assn.**
Medina App. No. 11CA0086–M, 2012-Ohio-6113. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motion for admission pro hac vice of Caroline Petro Gately, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

## CASE ANNOUNCEMENTS

*April 4, 2013*

[Cite as *04/04/2013 Case Announcements*, 2013-Ohio-1322.]

## MOTION AND PROCEDURAL RULINGS

**2008-2370. State v. Neyland.**
Wood C.P. No. 2007CR0359. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Wood County.

It is ordered by the court, sua sponte, that the clerk of court for Wood County shall supplement the record with all jury questionnaires within ten days of the date of this entry.

**In re Howard.**
On September 24, 2004, this court found Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. 4.03. This court further ordered that Howard was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. Howard has presented three motions for leave to file documents in case No. 2003–0636.

It is ordered by the court that the motions for leave to file documents are denied.

## DISCIPLINARY CASES

**1998-0719. Disciplinary Counsel v. Harris.**
It is ordered by this court, sua sponte, that Paula Castle Harris, Attorney Registration No. 0009317, last known business address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of November 10, 1998, to wit: failure to surrender her 1997/1999 attorney-registration card on or before December 10, 1998.